James Machac and Mary Machac, Appellees, v. East St. Louis and Interurban Water Company, Appellant.

opinion filed October 28, 1940. Farmer, Klingel & Baltz, for appellant; Beasley & Zulley, for appellees. Opinion by JUSTICE DADY. ''Not to be published in full.''